**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SZIMANSKI,  et al | * |
| Plaintiffs | *   Case No.:  1:93-cv-03132 |
| v. | * |
| AC&S, INC., et al | * |
| Defendants | * |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**ORDER WITHDRAWING THE APPEARANCE ON BEHALF OF IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

1.      Whiteford, Taylor & Preston, L.L.P. (Whiteford, Taylor & Preston), and

its respective attorneys, and Louis G. Close, Jr., have recited adequate reasons to strike

their appearance, and complied with Local Rule 101 in moving to strike their appearance;

and,

2.      Whiteford, Taylor & Preston and Louis G. Close, Jr., has given adequate

notice of its motion, including to the defendant ACandS, Inc.

THEREFORE, it is hereby ordered this ___ day of _____, 2006, that the

motion is granted and the appearances of B. Ford Davis, Gardner M. Duvall, Whiteford,

Taylor & Preston L.L.P. any Louis G. Close, Jr., are hereby stricken.

_____
District Judge